ACCEPTED
12-15-00039-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/30/2015 9:17:30 AM
CATHY LUSK
CLERK

Appellate Docket Number: 12-15-00039-CR

Appellate Case Style: Style: Taurus Jenkis

Vs. State of Texas

Companion Case:

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/30/2015 9:17:30 AM

CATHY S. LUSK
Clerk

Amended/corrected statement: ☒

# DOCKETING STATEMENT (Criminal)

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Taurus | ☒ Lead Attorney |
| Middle Name: Leeanthony | First Name: Albert |
| Last Name: Jenkis | Middle Name: J |
| Suffix: | Last Name: Charanza |
| Appellant Incarcerated? ☐ Yes ☒ No | Suffix: Jr. |
| Amount of Bond: $10,000.00 | ☐ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☒ Retained    ☐ Public Defender |
| | Firm Name: Charanza Law Office |
| | Address 1: P.O Box 1825 |
| | Address 2: |
| | City: Lufkin |
| | State: Texas    Zip+4: 75902 |
| | Telephone: 936-634-8568    ext. |
| | Fax: 936-634-0306 |
| | Email: alcharanza@consolidated.net |
| | SBN: 00783820 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

### III. Appellee

First Name:     State of Texas

Middle Name:

Last Name:     Angelina County

Suffix:

Appellee Incarcerated?     ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

### IV. Appellee Attorney(s)

☒ Lead Attorney

First Name:     April

Middle Name:

Last Name:     Ayers-Perez

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained           ☐ Public Defender

Firm Name:     Angelina County District Attorney's Office

Address 1:     PO. Box 908

Address 2:

City:     Lufkin

State:     Texas          Zip+4:     75902

Telephone:     936-638-5090          ext.

Fax:     936-637-2818

Email:     aperez@angelinacounty,net

SBN:     24090975

Add Another Appellee/ Attorney

### V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case):     Assaultive

Type of Judgment:   Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:   January 26, 2015

Offense charged:   Assault Previous Family Violence

Date of offense:   08-12-2013

Defendant's plea:   Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by:     ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court:  01-27-2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 6 Years TDCJ-ID

Is the appeal from a pre-trial order?   ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

### VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:          ☒ Yes ☐ No     If yes, date filed:  02-17-2015

Motion in Arrest of Judgment: ☐ Yes ☒ No     If yes, date filed:

Other:  ☐ Yes ☐ No               If yes, date filed:

If other, please specify: Hearing on the Motion for New Trial was set for 03-25-2015

### VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:   ☐ Yes ☒ No ☐ NA     If yes, date filed:

Date of hearing:                                    ☐ NA

Date of order:                                      ☐ NA

Ruling on motion:  ☐ Granted ☐ Denied ☐ NA     If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 159th Judicial District Court

County: Angelina County

Trial Court Docket Number (Cause no): 2014-0191

Trial Court Judge (who tried or disposed of the case):

First Name: Paul

Middle Name:

Last Name: White

Suffix:

Address 1: P.O. Box 908

Address 2:

City: Lufkin

State: Texas     Zip + 4: 75902

Telephone: 936-639-3913    ext.

Fax: 936-639-3917

Email: pwhite@angelinacounty.ner

---

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: March 27, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: March 9, 2015

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter     ☐ Court Recorder

☐ Official     ☐ Substitute

First Name: Whitney

Middle Name:

Last Name: Madison-Lindsey

Suffix:

Address 1: P.O. Box 908

Address 2:

City: Lufkin

State: Texas     Zip + 4: 75902

Telephone: 936-639-3913    ext.

Fax: 936-639-3917

Email: wmadison-lindsey@angelinacounty.net

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                          Court:

Style:

     Vs.    State of Texas

## X. Signature

_Signature of counsel (or Pro Se Party)_

Albert J. Charanza, Jr.

Printed Name:

Electronic Signature: Albert J. Charanza, Jr.
   (Optional)

Date:  March 30, 2015

State Bar No: 00783820

Name: Albert J. Charanza, Jr

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on March 30, 2015

_Signature of counsel (or pro se party)_

Electronic Signature: Albert J. Charanza, Jr
   (Optional)

State Bar No.:  00783820

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 03-30-2015

Manner Served: eServe

First Name: April

Middle Name:

Last Name: Ayers-Perez

Suffix:

Law Firm Name: Angelina County District Attorney's Office

Address 1: P.O. Box 908

Address 2:

City: Lufkin

State Texas Zip+4: 75902

Telephone: 936-632-5090 ext.

Fax: 936-637-2818

Email: aperez@angelinacounty.net